# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form7instructions.pdf*

**9th Cir. Case Number(s)** 23-55054

**Case Name** Los Padres Forestwatch, et al v. USFS, et al

**Counsel submitting this form** Justin Augustine

**Represented party/parties** Plaintiffs

*Briefly describe the dispute that gave rise to this lawsuit.*

Defendants authorized a logging project on the Los Padres National Forest within the Antimony Inventoried Roadless Area. The project allows logging of trees up to 21 inches in diameter. Plaintiffs believe this violates the 2001 Roadless Area Conservation Rule which prohibits logging in inventoried roadless areas unless the logging is limited to "generally small diameter timber."

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 9/01/22*

*Briefly describe the result below and the main issues on appeal.*

The district court granted Defendants' motion for summary judgment and denied Plaintiffs' motion for summary judgment. The district court found that the Roadless Area Conservation Rule provides the Forest Service with flexibility when determining what constitutes "generally small diameter timber," and that the agency adequately explained its rationale.

On appeal, the issue remains the same as in the district court: Whether the Forest Service violated the Roadless Area Conservation Rule's requirement to only log generally small diameter timber.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

None.

**Signature**  s/ Justin Augustine   **Date** 1-18-2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**   *Rev. 9/01/22*