No. 23-55054

UNITED STATES CIRCUIT COURT OF APPEALS
FOR THE NINTH CIRCUIT

LOS PADRES FORESTWATCH, a non-profit organization, CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization; and EARTH ISLAND INSTITUTE, a non-profit organization,

*Plaintiffs and Appellants*

*vs.*

U.S. FOREST SERVICE, CHRISTOPHER STUBBS, in his official capacity as Supervisor of the Los Padres National Forest, and the U.S. FISH AND WILDLIFE SERVICE,

*Defendants and Appellees,*

and

AMERICAN FOREST RESOURCE COUNCIL, a non-profit corporation, CALIFORNIA FORESTRY ASSOCIATION, a nonprofit corporation, and ASSOCIATED CALIFORNIA LOGGERS, a non-profit corporation,

*Defendant-Intervenors and Appellee-Intervenors*

APPEAL FROM DENIAL OF MOTION FOR SUMMARY JUDGMENT

By the United States District Court, Central District of California
Honorable Virginia A. Phillips, U.S. District Judge

**APPELLANTS' FURTHER EXCERPTS OF RECORD
VOLUME 1 OF 1**

| | |
|---|---|
| Justin Augustine<br>1212 Broadway, Suite 800<br>Oakland, CA 94612<br>(916) 597-6189<br>jaugustine@biologicaldiversity.org | Brian Segee<br>226 W. Ojai Ave., Ste. 101-442<br>Ojai, CA 93023-3278<br>(805) 750-8852<br>bsegee@biologicaldiversity.org |

FER-1

# INDEX

| Document | Administrative Record Location | FER Page No. |
|---|---|---|
| Richard A. Minnich et al., *Sixty Years of Change in Californian Conifer Forests of the San Bernardino Mountains*, 9 CONSERVATION BIOLOGY 902-914 (1995) | AR 9452-9465 | FER-3 |



**Sixty Years of Change in Californian Conifer Forests of the San Bernardino Mountains**

Richard A. Minnich; Michael G. Barbour; Jack H. Burk; Robert F. Fernau

*Conservation Biology*, Vol. 9, No. 4. (Aug., 1995), pp. 902-914.

Stable URL:
http://links.jstor.org/sici?sici=0888-8892%28199508%299%3A4%3C902%3ASYOCIC%3E2.0.CO%3B2-V

*Conservation Biology* is currently published by Blackwell Publishing.

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at http://www.jstor.org/about/terms.html. JSTOR's Terms and Conditions of Use provides, in part, that unless you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at http://www.jstor.org/journals/black.html.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed page of such transmission.

JSTOR is an independent not-for-profit organization dedicated to creating and preserving a digital archive of scholarly journals. For more information regarding JSTOR, please contact support@jstor.org.

http://www.jstor.org/
Thu Oct 26 11:22:58 2006

# Sixty Years of Change in Californian Conifer Forests of the San Bernardino Mountains

RICHARD A. MINNICH,* MICHAEL G. BARBOUR,† JACK H. BURK,‡ AND ROBERT F. FERNAU†

*Department of Earth Sciences, University of California, Riverside, CA 92521, U.S.A.
†Department of Environmental Horticulture, University of California, Davis, CA 95616, U.S.A.
‡Department of Biological Science, California State University, Fullerton, CA 92634, U.S.A.

**Abstract:** *We revisited 68 plots of forest vegetation in the San Bernardino Mountains that had been quantitatively described in 1929-1935 from the California Vegetation Type Map (VTM) Survey. By using the same sampling methods, we documented changes—over approximately 60 years and during a period of fire suppression management—in tree density by both species and size class. In general, we found increasing stand densities, a transformation from old-growth age structure to young growth, and a compositional shift from* Pinus ponderosa *and* P. jeffreyi *to* Abies concolor *and* Calocedrus decurrens. *Density of trees of more than 12 cm diameter at breast height (dbh) increased by 79%, including three to ten-fold increases in the youngest cohorts 12-66 cm dbh. The magnitude of change depended upon initial forest composition and local annual precipitation. Monotypic stands of* P. jeffreyi *or those initially dominated by* Abies concolor *showed the least change in species composition; the most xeric stands of* P. jeffreyi *showed the least gain in density; and mesic mixed* P. ponderosa *stands showed the most dramatic change in composition and density. We compared these data to records of past and present forests in the Sierra Nevada and found parallel trends, but magnified by the increased precipitation of the Sierra Nevada. We also compared VTM data from the San Bernardino Mountains to mixed conifer forests in the Sierra San Pedro Martir of Baja California. These Mexican sites and forests are ecologically similar to those in California, but they still experience unmanaged fire regimes. Californian forests of 60 years ago are remarkably similar to modern forests in the Sierra San Pedro Martir. Thus, we conclude that forest changes in the San Bernardino Mountains are primarily due to lengthening fire intervals. Forest changes as a result of fire suppression have important conservation consequences for bird species diversity in general and for Spotted Owl and Neotropical migrants in particular.*

Sesenta Años de Cambios en los Bosques de Coníferas Californianos de las Montañas de San Bernardino

**Resumen:** *Volvimos a visitar 68 parcelas de vegetación boscosa en las Montañas de San Bernardino, las cuales habían sido descritas cuantitativamente en 1929-1935, a partir del relevamiento del mapa de tipos de vegetación de California. Utilizando los mismos métodos de muestreo, documentamos los cambios (ocurridos durante aproximadamente 60 años y durante un período bajo manejo de supresión de incendios) en la densidad de árboles tanto por especie como por clase de tamaño. Encontramos, en general, un incremento en la densidad de las parcelas, una transformación de una estructura de edades característica de bosques de crecimiento antiguo a una característica de bosques jóvenes y un cambio en la composición que pasó de* Pinus ponderosa *y* P. Jeffreyi *a* Abies concolor *y* Calocedrus decurrens. *Las densidades de los árboles con un área basal mayor de 12cm aumentó en un 79%, incluyendo incrementos de 3 a 10 veces en las cohortes más jóvenes (dbh 12-66cm). La magnitud del cambio dependió de la composición original del bosque y de la precipitación anual local. Los rodales monotípicos de* P. jeffreyi *o aquellos dominados inicialmente por* Abies concolor *mostraron el cambio menos pronunciado en composición de especies; los rodales más xerófilos de* P. jeffreyi *mostraron el menor incremento en densidad; y los rodales mixtos mésicos de* P. ponderosa *mostraron*

*Address correspondence to M. G. Barbour.*
*Paper submitted December 8, 1993; revised manuscript accepted September 15, 1994.*

902

Conservation Biology, Pages 902–914
Volume 9, No. 4, August 1995

TRSF_I_009453

*el cambio más dramático en composición y densidad. Comparamos estos datos con registros pasados y presentes de los bosques de las Montañas de la Sierra Nevada y encontramos tendencias similares, pero amplificadas por el efecto de la mayor precipitación de la Sierra Nevada. También comparamos los mapas de tipos de vegetación de las Montañas de San Bernardino con los bosques mixtos de coníferas de la Sierra de San Pedro Mártir en Baja California. Estos sitios y bosques de México son ecológicamente similares a aquellos de California, peroaún se encuentran bajo un régimen de incendios no controlado. Los bosques de California 60 años atrás son increíblemente similares a los bosques actuales de la Sierra de San Pedro Mártir. Concluímos por lo tanto que los cambios en los bosques de las Montañas de San Bernardino se deben principalmente a la ampliación de los intervalos entre incendios. Los cambios en el bosque, resultantes de la supresión de incendios tienen consecuencias importantes a nivel de conservación para la diversidad del especies de aves en general, y para el búho moteado y los migrantes neotropicales en particular.*

## Introduction

Mixed conifer forest is one of the major vegetation types of California, occupying 14% of the state's area. It occurs at mid-elevations (1500–2500 m) of the Klamath, Cascade, North Coast, Sierra, Transverse, and Peninsular Ranges. Depending on the mountain range, dominance is shared by *Pinus ponderosa, P. jeffreyi, P. lambertiana, Abies concolor, Calocedrus decurrens, Psuedotsuga menzeisii*, and *Sequoiadendron gigantum*. Prior to fire suppression management of the twentieth century, mixed conifer forests experienced relatively frequent, low-intensity ground fires at intervals of 8–16 years (Barbour 1988). One significant result of these recurrent fires was uneven-aged vegetation mosaics of open, park-like stands, with dominance shifting among half a dozen conifer species (Wright & Bailey 1982; Rundel et al. 1988).

Fire suppression management was imposed on state and federal land in California over the years 1905–1924 (Biswell 1967; Pyne 1984). As fire intervals lengthened, fire intensities increased, with a higher incidence of stand-destroying crown fires (Weatherspoon et al. 1993). There is general consensus that shade-tolerant, fire-sensitive species such as incense cedar (*Calocedrus decurrens*) and white fir (*Abies concolor*) have increased in abundance and spread from local, cool, moist habitats to become the most common species throughout the entire range of mixed conifer forests. At the same time, ponderosa pine (*Pinus ponderosa*) regeneration has declined (Parsons & DeBenedetti 1979; Bonnicksen & Stone 1982; Van Wagtendonk 1985; Rundel et al. 1988). Forest managers and conservationists alike are concerned that continued fire suppression will have increasingly negative impacts on biotic diversity and ecosystem stability.

To a large extent, our understanding of recent forest change has been made from indirect, inductive methods applied to local sites: examination of fire scars, old photographs, stand age-class reconstructions, and anecdotal historical records (Cooper 1960; Biswell 1967; Vankat 1977; Vankat & Major 1978; Kilgore & Taylor 1979; Kilgore 1981; Wright & Bailey 1982; Rundel et al., 1988; Savage & Swetnam 1990). One exceptional, direct study by McKelvey and Johnston (1992) summarized quarter-acre plot data taken by G. B. Sudworth at the turn of the century when the creation of the Forest Reserve System required surveys of commercially valuable timber. McKelvey and Johnston (1992) compared 22 Sierra Nevada plots with current inventories and reported basal-area shifts from large size classes (diameter at breast height [dbh] >98 cm) to smaller ones, an increasing density of trees, and a modest shift from pine to shade-tolerant white fir and incense cedar. One problem with that data set is its small size. A generic problem with all of the studies sited above is their limited focus on the Sierra Nevada and exclusion of forests in other mountain ranges of California.

A larger potential source of plot data comes from the Vegetation Type Map (VTM) Survey, conducted during the years 1929–1934, initially under the aegis of the U.S. Forest and Range Experiment Station at Berkeley (Weislander 1935; Colwell 1988). In addition to mapping vegetation, the survey recorded plot data on plant size, cover, density, and understory species. About 18,000 plots were sampled, including several thousand in mixed conifer forests in several mountain ranges. Each plot was 200 milliacres (0.08 ha) in area, and data sheets were keyed to locations shown on 30 topographic maps. Many plots were located close to roads. The VTM data sheets and maps are currently curated by Barbara Allen-Diaz (Department of Forest Resources and Management, University of California, Berkeley). A. E. Weislander, who headed the VTM Survey, recognized that the plot data he was collecting could have enormous value with respect to future resurveys of many vegetation types. To date, however, this enormous data set has been used only to analyze change in foothill woodland (Allen-Diaz & Holzman 1991).

Our objective was to use the VTM data set—paired with surveys of the same sites—to directly measure change within the mixed conifer forest. We believed

Conservation Biology
Volume 9, No. 4, August 1995

that the period of time between the initiation of fire suppression and the VTM survey (about two decades) was short enough to allow the VTM data to approximate pre-suppression forests. We chose a representative area of mixed conifer forest in southern California for two reasons: (1) the senior author has conducted extensive surveys of its modern vegetation and has reviewed historical accounts of its past vegetation; and (2) it is ecologically comparable to the Sierrá San Pedro Mártir of Baja California, a region with floristically similar forests that still experience unmanaged fire regimes (Minnich et al. in press). We hypothesized that if 60-year-old southern California forests resembled modern Baja California forests more closely than they do at present, then the cause of increasing disparity over time is fire-suppression management.

**Study Area**

The San Bernardino Mountains (hereafter SBM), located 100 km east of Los Angeles, are part of the west-east trending Transverse Ranges (Fig. 1). Both the coastal, south-facing flank and the northern perimeter of the range facing the Mojave Desert are steep, dissected fault escarpments. The crest of the range increases from 1400 meters west of Lake Arrowhead to 2400 meters around Big Bear Basin, 2800 meters at Mill Creek Ridge, and 3500 meters at Mount San Gorgonio.

Strong orographic precipitation gradients exist along the slopes, increasing mean annual precipitation from 50 cm in the San Bernardino Valley along the south flank up to 100 cm at the crest, then decreasing to less than 25 cm down along the northern and eastern bases. Regional climate has a mediterranean seasonality, with highest precipitation in winter; consequently, more than 30% of all moisture above 1400 meters elevation falls as snow (Minnich 1986). Mean annual temperature is 5°–14°C.

Mixed conifer forests occupy 57,000 ha within this mountain range, primarily between 1400 and 2600 meters elevation. Its composition varies with elevation, slope aspect, and precipitation. The four basic communities are mixed ponderosa pine, mixed Jeffrey pine, mixed white fir, and Jeffrey pine forests (Minnich et al. 1988). Mixed ponderosa pine forest occupies lower slopes and flats on the wetter southwestern flank; dominants include *P. ponderosa, A. concolor*, and *C. decurrens; P. lambertiana* is associated. Mixed Jeffrey pine forest is extensive at higher altitudes in the eastern half of the range, especially on southern exposures and in basins. Associated with the dominant *P. jeffreyi* are *A. concolor, P. lambertiana, P. ponderosa*, and *C. decurrens*. Mixed white-fir forest occurs on steep north-facing slopes. Associated with the dominant *A. concolor* are *P. lambertiana, P. jeffreyi, P. ponderosa*, and *C. decurrens*. Monotypic Jeffrey pine forest or woodland occurs on southern exposures and basins along the arid northeastern portion of the range. *Juniperus occidentalis* is an occasional associate. Shrub cover in all these forest types is less than 5%.

Some acreage of mixed ponderosa pine forest in the western part of SBM was logged in the late nineteenth century, owing to accessibility to the Los Angeles area (Minnich 1988). Harvesting was slow, however, and ceased as forests became incorporated into the Forest Reserve System around 1900. Livestock grazing—mostly cattle—occurred during the nineteenth century in the



*Figure 1. The San Bernardino Mountains and location of replicated plots on vegetation type maps (dots). Inset shows the position of the San Bernardino Mountains within California. (Rim of the World is California Highway 19. Forest types:* P = *mixed ponderosa pine,* MCJ = *mixed Jeffrey pine,* J = *monotypic Jeffrey pine,* F = *mixed white fir,* L = *lodgepole and limber pine.) Vegetation map based on Minnich (1988).*

western SBM, in meadows at Big Bear Basin, in valleys to the north, and in the upper Santa Ana River floodplain. Sheep grazed throughout eastern SBM forests.

## Methods

Data from and locations for 68 VTM plots for SBM were acquired from original records. Approximately 80% of the plots were originally visited in 1929; the remainder (mostly northeast of Lake Arrowhead) were originally visited in 1935. We assumed an average date of 1932. Our revisits to the plots all occurred in the summer of 1992, 60 years after the average VTM date.

The VTM crews did not leave permanent markers at the sites, but we were confident we could relocate plots within a radius of 100 meters by reference to map contours, distance from fixed features such as roads, and the location of prominent trees included in the original data set. We replicated our sampling three times at each site, subjectively scattering replicate plots over an area of 0.5 ha, then averaging the three to achieve one modern composite figure to compare to the original data.

Sampling was conducted in a rectangle 10 by 80 meters. Within this strip, all conifer trees were counted by species and dbh class. We used metric equivalents to the VTM diameter measurements: 4–11.9 inches = 12–33 cm; 12–23.9 inches = 34–67 cm; 24–35.9 inches = 68–100 cm; and over 35.9 inches = over 100 cm. Plots were categorized according to the forest types described above. Six plots that had been disturbed by fire during the intervening 60-year period were grouped together as an additional category. Fifteen VTM plots had obviously been placed in recently logged areas, and they were also grouped together as an additional category.

Plant nomenclature follows Hickman (1993). We assigned mean annual precipitation to each site by extrapolation from the nearest standard weather station using lapse rates calculated for the area by Minnich (see, for example, Minnich 1986). Our comparisons of past and modern tree densities utilized paired $t$-tests performed with a SAS program.

## Results

### Density and Diameter Patterns

VTM data indicate that 60 years ago forests were relatively open, with a mixture of old-growth individuals and juveniles. Stand densities varied between 50 and 200 stems per hectare (stems, recall, are defined as larger than 12 cm). The majority of trees had a dbh larger than 67 cm. Those stands in forests logged prior to the VTM survey—all of which were in the mixed ponderosa pine type—were recorded in the survey as young-growth stands with stem densities as high as 600 per ha.

VTM crews did not assign each site or data sheet to any vegetation type. We were able to allocate the 68 sites into six vegetation categories: 16 sites were in mixed white-fir forest, 15 in mixed ponderosa pine forest logged prior to 1932, 11 in mixed Jeffrey pine forest, 9 in Jeffrey pine forest, 6 in vegetation burned between 1932 and 1992, and 5 in mixed ponderosa pine forest. Variation among the three replicates was consistently modest compared to the variation between times. The magnitude of increasing density was uniform, although the absolute numbers varied. For all plots combined, excluding logged and burned sites, stem density increased from 116 to 207 per ha, or by 79%. Within each of the six vegetation categories, the differences in density between times were significant at the 0.05 level of confidence. Density and diameter patterns for each species over time were graphed for visual inspection, but they were not statistically evaluated.

Presuppression mixed ponderosa pine forests were heterogeneous in stem size distribution, although stems smaller than 33 cm dbh were rare (Fig. 2). Total stem



*Figure 2. Stem densities by species and size class in mixed ponderosa pine forest for 1932 (a) and 1992 (b) (n = 5). Each bar represents ± one standard deviation from the mean; the mean is indicated by the horizontal line through each bar. Total densities for all species (far right) were significantly different between 1932 and 1992 at the 0.01 confidence level for all dbh classes except 61–94 cm. Species: PP = ponderosa pine, JP = Jeffrey pine, SP = sugar pine, WF = white fir, IC = incense cedar.*

Conservation Biology
Volume 9, No. 4, August 1995

density averaged 144 per ha. In contrast, modern stem density averaged 250 per ha, a 74% increase, due primarily to a 10-fold increase in white fir and incense cedars of dbh less than 33 cm. Ponderosa pine trees with dbh greater than 67 cm declined over the course of 60 years, but the inverse-*J*-shaped curve of the modern population indicates significant regeneration of young trees, leading to a steady-state climax. Our field notes, however, contain anecdotal comments about the poor condition of sapling and polesize ponderosa pines caused by crowding and shading. Our statistical sample was too small to allow assessment of the significance of changes in each age-size cohort by species, but the data set for all species combined showed a significant change ($p = 0.01$) in every cohort except the 68–100 cm dbh cohort. Change in this cohort during the 60-year period was not evident because as many juveniles were graduating into this class as older ones were leaving it.

For logged, mixed ponderosa pine forest, old photographs and diaries of lumbermen indicate that old-growth stands logged in the western SBM consisted of large individuals (dbh = 2–3 m) of all species (La Fuz 1971; Minnich 1988). When surveyed by VTM, they were dense stands of regenerating young ponderosa pine mainly smaller than 33 cm, mixed with abundant white fir and incense cedar and scattered sugar pine, similar to modern mixed-conifer forests (Fig. 3). Juvenile ponderosa pine (stems <33 cm dbh) were 10 times as dense as old-growth stands in 1932 and 2.5 times as dense as modern stands (compared Figs. 2 and 3). Sixty years ago, stand densities ranged from very young forests with fewer than 50 stems per ha to older sites with 600 stems per ha; average and density was 232 stems per ha. By 1992, density of trees on these logged sites had risen to 378 per ha, still dominated by a cohort smaller than 33 cm dbh (Fig. 3). There had been heavy recruitment of white fir and incense cedar such that densities of stems smaller than 33 cm dbh were triple that of 60 years ago. The decrease in ponderosa pines smaller than 33 cm dbh may reflect declining recruitment due to increasing canopy closure. In contrast, the sugar pine population had not significantly changed its size-class distribution.

Presuppression forests of mixed Jeffrey pine were open, with 93 stems per ha and a heterogeneous distribution of stem diameters (Fig. 4). White fir and ponderosa pine populations had fewer trees in the largest diameter class than those of Jeffrey pine. In 1992, tree density had increased by 80% to 167 per ha. Every dbh category for ponderosa pine density declined, yielding an overall decline in density of 50%. In contrast, juvenile densities for Jeffrey pine, sugar pine, white fir, and incense cedar all increased dramatically. There was an overall decline in stems larger than 67 cm dbh.



*Figure 3. Stem densities by species and size class in mixed ponderosa pine forest logged prior to 1932 for 1932 (a) and 1992 (b) (n = 15). See Figure 2 legend for definitions of abbreviations.*



*Figure 4. Stem densities by species and size class in mixed Jeffrey pine forest for 1932 (a) and 1992 (b) (n = 11). See Figure 2 legend for definitions of abbreviations.*

Conservation Biology
Volume 9, No. 4, August 1995



*Figure 5. Stem densities by species and size class in mixed white fir forest for 1932 (a) and 1992 (b) (n = 16). See Figure 2 legend for definitions of abbreviations.*

Presuppression tree densities were greatest in mixed white fir forest, 174 per ha (Fig. 5), which is consistent with accounts by Leiberg (1899, 1900). The evenness of density among species was also greatest in this forest type; white fir was not an overwhelming dominant. Over the past 60 years, stand densities have increased 41% to 246 stems per ha. The number of stems 12–33 cm dbh nearly tripled, from 54 to 140 per ha, whereas the density of stems larger than 67 cm dbh was halved, from 76 to 38 per ha. Ponderosa pine and incense cedar populations declined slightly, Jeffrey pine and sugar pine remained stable, and white fir increased by 70% (largely due to a threefold increase in density of stems smaller than 67 cm dbh). White fir is now an overwhelming dominant.

Presuppression forests of Jeffrey pine were open, heterogeneous mixtures of stem diameters (Fig. 6). Total stem density averaged 79 per ha, the lowest of all forest types in SBM. Jeffrey pine was the only tree species encountered by VTM workers, whereas in 1992 our resurveyed plots included some white fir and incense cedar. Stand densities increased by 114% between 1932 and 1992, mostly due to heavy recruitment of Jeffrey pine, with a fivefold increase in density of stems smaller than 67 cm dbh. As in other forest types, there has been a decline in density of stems larger than 100 cm dbh—in this particular case, from 30 per ha to 10 per ha.

Only six plots burned between 1932 and 1992. Because of the small sample size, we grouped all of them into a single category. The overall summary of preburn vegetation (Fig. 7) shows low-density forests with wide size-class distributions. Clearly, from the relatively unchanged densities in 1992, we can conclude that these fires were not stand-replacing crown fires, but were low-intensity ground fires. They were hot enough, however, to remove some polesize trees. Average stem density declined 23%, from 73 per ha to 56 per ha, marking the least amount of change in any forest type and the only one that showed a decline. The decline was mainly in populations of sugar pine, all other species remaining relatively constant through time.

### Stand Thickening Rate as a Function of Precipitation

A linear regression of VTM stand-density data against mean annual precipitation (Fig. 8; unburned plots only) shows that tree density was nearly constant along a pre-



*Figure 6. Stem densities by species and size class in Jeffrey pine forest for 1932 (a) and 1992 (b) (n = 9). See Figure 2 legend for definitions of abbreviations.*



*Figure 7. Stem densities by species and size class in six plots burned between 1932 and 1992 (a) and (b). See Figure 2 legend for definitions of abbreviations.*

Conservation Biology
Volume 9, No. 4, August 1995



*Figure 8. Total stand density in 1932 versus mean annual precipitation. Dashed lines indicate 95% confidence interval. All stands are shown, including logged and burned stands.*



*Figure 9. Total stand density in 1992 versus mean annual precipitation. Dashed lines indicate 95% confidence interval. All stands are shown, including logged and burned stands.*

cipitation gradient of 40–100 cm. There was especially little stand-to-stand variation where annual precipitation was below 80 cm. The slope of the best-fit line is modest and accounts for a trivial amount of stand variation ($r = 0.01$). In contrast, a linear regression of 1992 stem-density data shows a much more significant positive correlation with precipitation (Fig. 9; $r = 0.47$).

Figures 8 and 9 suggest that the releasing effect of fire suppression on density has been most pronounced in forests with highest annual precipitation. These forests, with more than 85 cm precipitation, were along the coastal Pacific-facing slopes and along the Rim of the World highway. In 1932, these were dominated by ponderosa pine. Oblique aerial photos of Lake Arrowhead in 1927 show that such forests were open. In 1992 we noted that stands had continuous cover and that full sun seldom reached the forest floor. Litter depths approached 50 cm. In concordance with stand thickening, species composition has shifted away from pine toward white fir and incense cedar, possibly due to increasing shade. We noted many dead and dying ponderosa pine juveniles.

Less rapid increases in density occurred in forest types of mixed Jeffrey pine and Jeffrey pine, which occur at higher altitudes and in drier climates on the lee slopes, with annual precipitation of more than 60 cm. The overstory canopy is still discontinuous, but the understory is becoming dominated by white fir. Recruitment of incense cedar is low in these forest types because most stands lie outside the range of this species. Species change is almost absent in the most arid, open Jeffrey pine stands on the northeastern perimeter of SBM. Although the Jeffrey pine type overall showed an increase in stand density over the past 60 years, several stands were statistically unchanged; these were near ecotones with pinyon pine (*Pinus monophylla*) woodland. Apparently, low juvenile recruitment here equals low canopy-layer mortality, even without periodic fire. The natural fire return period in such sites is so long that the past century of fire suppression has had no impact. McBride and Lavin (1976) reported that fire intervals were longer in the drier Big Bear Basin than they were in the wetter Lake Arrowhead region. They did not present fire-scar chronologies specific for the Jeffrey pine–pinyon pine ecotone. In order to maintain the homogeneous stand densities measured in 1932, we hypothesize that fire frequency must have increased with annual precipitation.

Sites with intermediate precipitation often support mixed white fir forest. Here, stand thickening has occurred but species composition has not shifted. The historic dominance of white fir appears to be related to the forest's occupation of steep, north-facing slopes.

We predict that stand thickening will continue into the immediate future because of the large cohorts of juveniles smaller than 12 cm dbh present in most stands. These were not recorded by VTM teams, and we have not included their numbers in our tables. We did make estimates in some stands, however, that approached 1000 per ha. Miller and McBride (1971) reported modern densities in excess of 12,000 per ha for one plot in the western part of SBM. Vankat and Major (1978) recorded as many as 1500 per ha in modern Sierra Nevada mixed-conifer forests. Barring fire, extended drought, or other causes of exceptional sapling mortality, we can expect some fraction of these individuals to graduate into larger and older cohorts and to increase stand density (entering VTM dbh categories) even further. In the

longer term, we expect stand thickening to cease when competition for soil moisture and nutrients reaches some physiological limit, or until catastrophic crown fires set back succession.

All forest types sustained net decreases of large individuals larger than 67 cm dbh. This trend seems inconsistent with the number of stems of 33–67 cm dbh recorded in 1932, some fraction of which would have graduated into larger cohorts by 1992. Why did mortality exceed recruitment? We observed too little evidence of salvage and sanitation cutting to explain the discrepancy (stumps were very rarely encountered). The decline may reflect mortality from air pollution (Miller et al. 1991) or competition from younger cohorts that weakened large trees and led to infestations of bark beetles and pathogens. The possible confounding effects of air pollution gradients cannot be eliminated. Air pollution gradients in the San Bernardino Mountains increase from the desert-facing east to the urban-facing west, and therefore the effect on tree decline and mortality would be greatest along the southwest flank. This is the area we documented as exhibiting the greatest increase in living tree density over the past 60 years. In the absence of air pollution, the increases in density might well have become even greater. The more-arid eastern forests have probably been unaffected by pollutants.

## Discussion

The VTM survey data from 1932 confirms descriptions and old photographs of the San Bernardino Forest Reserve by Leiberg (1899, 1900) and early settlers and naturalists (as summarized by Minnich 1988). From historical accounts and studies of fire-scar chronologies (Mc-Bride & Lavin 1976), we can reconstruct a presuppression picture of widespread ground fires with a return period of 15–30 years that selectively killed juvenile, shade-tolerant, understory individuals of white fire and incense cedar, occasionally removed larger pole-sized individuals of all species, and encouraged establishment and dominance by ponderosa and Jeffrey pines.

Fire disturbance clearly declined after 1900. If we apply the presuppression fire-return period of 15–30 years to the SBM, the majority of VTM plots would have burned between 1932 and 1992. Instead, only six of the 68 burned, a percentage predictive of a 700-year fire interval. The burned plots changed relatively little, declining in stem density by only 23%—largely due to losses in sugar pine alone. Unburned stands, in contrast, increased in stand density an average of 77% and experienced species shifts similar to trends observed by Miller et al. (1991) for SBM. The rate of stand thickening, however, is not constant for the entire SBM but is correlated with annual precipitation.

## Comparison to the Southern Sierra Nevada

Vankat (1977; Vankat & Major 1978) studied modern forest vegetation at Sequoia–Kings Canyon National Park and accumulated plot data for trees by categories comparable to those used in the VTM survey. Vankat was interested in historical change and used paired photos from the present and past to reconstruct past vegetation. Their forest types are comparable to ours, but the climate is more mesic: average annual precipitation for mixed conifer forest there is approximately 140 cm, significantly higher than the SBM's wettest sites at 100 cm.

Modern mixed ponderosa pine forest (12 Vankat plots) shows overwhelming dominance by ponderosa pine in the oldest and largest cohort of more than 100 cm dbh but overwhelming dominance by white fir and incense cedar in the youngest and smallest cohort (12–33 cm dbh; Table 1). Total stand densities average 549 stems per ha, versus 250 per ha in SBM. Mixed white-fir forest (16 plots; dominated by *Abies concolor* var. *lawsoniana*, Sierran white fir, in contrast to *A. concolor* var. *concolor* in SBM) has almost as many stems, 519 per ha, again about twice that of SBM (246 per ha). White fir dominates all size cohorts in this Sierran forest type, just as it does in SBM. Modern mixed Sierran Jeffrey pine forest (7 plots) is more open than the other two forest types, averaging just 200 stems per ha, only 20% higher than SBM stem densities of 167 per ha. These modern Sierran densities are higher than those for SBM forests, probably because of higher annual precipitation. If we project the best-fit regression line for modern SBM tree density against precipitation (Fig. 9) to 140 cm, we ob-

Table 1. Average density by species and size class of stems per hectare in modern mixed conifer forests of the southern Sierra Nevada.

| Forest Type/Species | Diameter Breast Height (cm) | | | | |
|---|---|---|---|---|---|
| | 10–30 | 31–60 | 61–91 | >91 | Total |
| Mixed Ponderosa Pine ($n = 12$) | | | | | |
| *Abies concolor* | 133 | 33 | 0 | 0 | 166 |
| *Calocedrus decurrens* | 133 | 33 | 17 | 8 | 191 |
| *Pinus lambertiana* | 50 | 0 | 8 | 0 | 58 |
| *Pinus ponderosa* | 42 | 42 | 17 | 33 | 134 |
| Total | 358 | 108 | 42 | 41 | 549 |
| Mixed White Fir ($n = 16$) | | | | | |
| *Abies concolor* | 131 | | 56 | 88 | 450 |
| *Abies magnifica* | 0 | 6 | 0 | 0 | 6 |
| *Calocedrus decurrens* | 6 | 0 | 0 | 13 | 19 |
| *Pinus lambertiana* | 19 | 6 | 0 | 19 | 44 |
| Total | 156 | 187 | 56 | 120 | 519 |
| Mixed Jeffrey Pine ($n = 7$) | | | | | |
| *Abies concolor* | 20 | 0 | 0 | 0 | 20 |
| *Calocedrus decurrens* | 20 | 0 | 0 | 20 | 40 |
| *Pinus jeffreyi* | 20 | 40 | 60 | 20 | 140 |
| Total | 60 | 40 | 60 | 40 | 200 |

*Adapted from Vankat and Major (1978) and also by J. L. Vankat (personal communication) in order to place tree data into size classes of vegetation type mapping.*

Conservation Biology
Volume 9, No. 4, August 1995

tain a predicted 475 stems per ha, remarkably close to actual values for Sierran mixed ponderosa pine and mixed white fir. (Sierran Jeffrey pine forests may occupy locally dry sites and receive effectively far less than 140 cm.)

Vankat and Major's (1978) photo comparisons dramatically document significant stand thickening during the twentieth century. Plot data from Sudworth (1900)—as summarized by McKelvey and Johnston (1992)—can add some limited detail to this interpretation. Thirteen of Sudworth's 22 Sierran plots fell into Vankat's four forest types defined above. Five plots from mixed ponderosa pine forest indicate presuppression stem densities per hectare of 158 for ponderosa pine, 76 for incense cedar, and 8 for sugar pine; total = 242. Five plots for mixed white fir forest indicate presuppression stem densities per hectare of 69 for white fir, 57 for sugar pine, 50 for incense cedar, 12 for ponderosa pine, and 6 for Jeffrey pine; total = 194. Three plots for mixed Jeffrey pine forest indicate presuppression stem densities per hectare of 84 for Jeffrey pine and 76 for white fir; total = 160. Unfortunately, these data are not immediately comparable to VTM data for SBM nor to modern Sierran data from Vankat because Sudworth summarized tree density only for stems larger than 28 cm dbh. He did not tally trees in the 12–33 cm dbh cohort, which is precisely the cohort that would be expected to show the greatest change in the last 60 years.

**Comparison to the Sierra San Pedro Martir**

The Sierra San Pedro Mártir (SPM) forms the southern end of the Peninsular Ranges, which extend from southern California across the international border into Baja California, Mexico. It is a northwest-southeast trending fault-bound range approximately 150 km southeast of Ensenada. Elevations rise from near sea level to a forested plateau that steps down from 2500 meters in the north to 1900 meters in the south. Crestal peaks extend up to 3100 meters at Picacho del Diablo. Mixed conifer forests, floristically similar to those of SBM, dominate these montane plateaus. Limited climatic data indicate that mixed conifer forests at an average elevation of 2300 meters receive 65 cm of annual precipitation, more than half of which falls as snow (Minnich 1986; Minnich et al. in press). Local afternoon convectional thunderstorms occur from July to September, but summer rainfall accounts for less than 15% of annual precipitation. Sierra San Pedro Mátir experiences the same Mediterranean, fire-prone climate as the SBM, but fire suppression management is not practiced in this remote region. Mixed conifer forests there have never experienced fire control or significant disturbance from logging, land-use conversion, or road construction. Fire-return periods estimated from burn perimeters visible on aerial photographs for the period 1925–1991 average 52 years. Fire-scar chronologies for the past 300 years (Burk, unpublished data) indicate a rather constant average fire return period of 24 years, similar to presuppression records for SBM.

We have sampled mixed conifer forests in SPM by the point-centered quarter method (Muller-Dombois & Ellenberg 1974) and published general results elsewhere (Minnich et al. in press). We identified homogeneous stands several hectares in extent in the field, and then established transects through representative portions of each stand. Trees were defined as larger than 3 cm dbh; smaller individuals were called "saplings" and were tallied within separate circular quadrats. For the purpose of this paper, we included in the data set only stems with diameter larger than 12 cm (Fig. 10).

Twenty-one samples were in forest types comparable to those at SBM: nine in monotypic Jeffrey pine forest, seven in mixed Jeffrey pine forest, and five in mixed white fir forest. The data show that modern SPM forests are similar to presuppression (VTM data) SBM forests in three respects: total tree density, population size structure, and relative importance of each associated species.



*Figure 10. Stem densities for all species by size class in modern Sierra San Pedro Martir forests: (a) monotypic Jeffrey pine forest* (n = 9), *contains* P. jeffreyi *only; (b) mixed Jeffrey pine forest* (n = 7) *dominated by* P. jeffreyi *with* A. concolor *and* C. decurrens*; (c) mixed white fir forest* (n = 5) *dominated by* A. concolor *with* P. jeffreyi *and* P. lambertiana*.*

Conservation Biology
Volume 9, No. 4, August 1995

Tree density for the monotypic Jeffrey pine stands averaged 76 per ha (versus 79 at SBM); tree density for the mixed Jeffrey pine stands averaged 83 per ha (versus 93 at SBM); and tree density for the mixed white fir stands averaged 144 per ha (versus 174 at SBM). The modern SPM densities are uniformly slightly smaller than presuppression SBM densities, but only by 10%. Overall density for all 21 sites was 90 stems per ha. On the regression line between presuppression stand density at SBM and mean annual precipitation (Fig. 8), a value of 65 cm predicts an SPM stand density of 120 stems per ha, not far from the actual value of 90.

The distribution of tree diameters is fully as heterogeneous for all three modern SPM forest types as it is for presuppression SBM types: the size-class distribution is rather flat, with many ages well and equally represented. The 1–33 cm dbh cohort did not dominate either group of stands, nor did any one species dominate the understory. Saplings, defined as smaller than 13 cm dbh, averaged 260 per ha, well below the 1000–1500 per ha in modern SBM and Sierran forests.

Modern SPM forests are open (Fig. 11), reminiscent of Sierran forests of the turn of the century, which John Muir (1894) described so eloquently: "The inviting openness of the Sierra woods is one of their most distinguishing characteristics. The trees of all the species stand more or less apart in groves, or in small, irregular groups, enabling one to find a way nearly everywhere, along sunny colonades and through openings that have a smooth, park-like surface...." We emphasize that these modern SPM forests are not open because of an unusually arid environment. The annual pattern and amount of precipitation are well within southern Californian values. Furthermore, where local topography prevents ground fires from encroaching at SPM, we have found mixed conifer forests as dense as modern Sierran or SBM forests. For example, one mixed white fir stand on a moderate north-facing slope at 2400 meters elevation—unburned according to a series of repeat aerial photographs for at least the last 80 years—contained 387 stems per ha.

## Conclusion and Implications for Conservation

A 60-year-old set of plot data has proven to be uniquely valuable in reconstructing forest vegetation prior to the imposition of fire suppression management. We used a subset of 68 of the existing 18,000 plots to assess change over a fixed period of time within mixed conifer forests of the San Bernardino Mountains.

Although the plots were not permanently marked, they had been accurately located on topographic maps, and we were confident that we located ourselves to within the same 0.5 ha. By taking three replicate resurveys, scattered over 0.5 ha, we included the variation present and an average of those replicates served as a single sample to be compared to the original. Variation among replicates was modest in comparison to variation between times. Patterns of increasing density were consistent enough for each forest, despite variation from plot to plot, for the differences in density over time to be statistically significant at the 0.05 confidence level.

Overall, forests of the San Bernardino Mountains (excluding burned and logged stands) exhibited an increase in stems of 79%, from 116 to 207 per ha. The magnitude of thickening varied with forest type and annual precipitation. Extremely arid monotypic Jeffrey pine stands did not significantly change in density, whereas mixed ponderosa pine stands increased in density by 74% and showed dramatic compositional change, such as 10-fold increases in the smallest-diameter cohorts of white fir and incense cedar. Regression of presuppression density versus annual precipitation showed a flat relationship, indicating that stands were homogeneous across a broad moisture gradient of 40–100 cm. A regression of modern stands shows a significant slope of increasing density with increasing precipitation, from which we conclude that natural fire-return periods during presuppression times must have been shorter in wetter areas.

Modern mixed conifer forests in the southern Sierra Nevada were comparable in density to those at SBM when corrected for higher annual precipitation. Paired photographs dramatically demonstrate stand thickening, in parallel with those at SBM. Until someone replicates VTM plots, however, we will not know more quantitatively what Sierran presuppression forests contained.

Presuppression SBM forests strikingly resemble modern mixed conifer forests in the Seirra San Pedro Mártir, an ecologically related region that has never been subjected to fire-suppression management. The similarities



*Figure 11. Aspect of typical modern mixed Jeffrey pine forest in the Sierra San Pedro Martir. Our reconstruction of California mixed conifer forests prior to fire-suppression management would imitate this scene.*

Conservation Biology
Volume 9, No. 4, August 1995

are in stem density, size-class distribution, and relative importance of each associated species.

We conclude that change in the Californian mixed conifer forest has been primarily due to a lengthening in fire-return intervals, a consequence of fire suppression management that was initiated mainly within the years 1905–1924. The VTM survey of 1929–1934 was conducted soon enough after the imposition of fire-suppression management to serve as a valuable quantitative assessment of presuppression vegetation.

These changes in the mixed conifer forest have significant conservation consequences. The open old-growth forests of the 1900s have changed and are now in a seral transition to a new kind of dense, white-fir-dominated climax. Federal agencies, especially the U.S. Forest Service, are becoming aware of associated biotic changes that accompany changes among the trees. This awareness has been stimulated by research associated with the potential federal listing of the California Spotted Owl (*Strix occidentalis occidentalis*) as endangered. Deputy Regional Forester Dale Bosworth (Andrews 1993) concluded that the viability of the owl depends upon understanding what environmental pressures the Spotted Owl is under today relative to the past, including the role natural fires had in determining the amount, composition, and location of Spotted-Owl habitat. Bosworth also concluded that the loss or degradation of open, mature mixed-conifer forest had a negative impact on Neotropical migrant birds as well as on the Spotted Owl but benefitted closed-forest wildlife: "For example, the increase in shade tolerant incense-cedar probably benefited overwintering birds such as chickadees, which are dependent on arthropods associated with incense-cedar bark for a winter food source." Verner et al. (1992) compiled a short list of modern mixed conifer forest attributes that mitigate against owl viability. Among these are increasing overstory canopy closure, litter thickness, and density of young trees, and decreasing shrub and herb cover. Management options for sustaining owl populations include the ". . . restoration of Sierra Nevada forests to a condition comparable to that which existed prior to the initiation of fire suppression in the early part of this century. Rejection of a reserve strategy is predicated on the probability of its loss to catastrophic fire" (Standiford 1994).

On a general level, ornithologists have linked bird diversity to vegetation structure since MacArthur and MacArthur (1961). Several studies for the mixed conifer forest affirm this pattern. Verner and Larson (1989) surveyed bird species richness at 51 Sierran sites between Yosemite and Sequoia National Parks over a two-year period. Each year, approximately 3000 individuals were tallied from 52 species. They were able to attribute 76% of variation in bird richness to total crown volume; secondary correlates were tree species diversity and understory shrub cover. They predicted that bird species richness increases during succession to open, old-growth stands (20-$m^2$ basal area per ha) and then declines as such stands thicken and close in fire-suppression conditions. Airola and Barrett (1985) studied a guild of 12 species of insect-gleaning birds at one site in the central Sierra Nevada. They found niche partitioning by tree species and tree height. Incense-cedar, one of the two species which have been increasing in mixed conifer forest this century, "was consistently avoided by all species." Marshall (1988) studied changes in bird richness over a 50-year period 1930s to 1980s) in a single mixed conifer site in the southern Sierra. The site, called Whittaker's Forest, covers 130 ha. Eight species declined (Mountain Quail, Flammulated Owl, Western Screech Owl, Northern Pygmy Owl, California Spotted Owl, Hairy Woodpecker, Swainson's Thrush, Olive-sided Flycatcher) and four increased (Common Raven, Winter Wren, Lincoln's Sparrow, Brown-headed Cowbird). The flycatcher and the thrush are members of the Neotropical migrant group, many others of which have shown declines in the twentieth century. Beedy (1981) showed that dense, closed-canopy stands had lower bird density, diversity, and richness than open, old-growth stands. Ground- and understory-foragers, hummingbirds, and flycatchers were markedly less abundant in dense forests becauce open forests had well-developed understories and greater foliage-height diversity. Open forests also supported a greater consuming biomass of birds.

Perhaps the study most pertinent to our paper was conducted by Kilgore (1971), who also worked at Whittaker's Forest. He compared the breeding bird population on forest plots that had been thinned and burned to resemble pre-1900 vegetation with control plots that were left unchanged. The avifauna changed in species composition but not in total biomass. Managed vegetation showed significant increases in two species (Western-Wood Pewee and American Robin) and decreases in four others (Rufous-sided Towhee, Mountain Quail, Nashville Warbler, and Hermit Thrush). Oregon Junco, Western Tanager, and Black-headed Grosbeak populations remained unchanged. In general, ground-feeding and ground-nesting species were the guilds most affected by burning.

The bird studies all consistently suggest that the decades of fire suppression in California forests have resulted in significant change to bird-species diversity. It is easy to imagine that equally large biotic changes have occurred among invertebrates, mammals, microbes, food webs, and nutrient cycles, but research in these areas is more scarce and more speculative. Ecosystem research, using remnant forests that still experience natural ground fire, is clearly vital to understanding the impact of fire suppression and to the accurate reconstruction of past landscapes.

We agree with the U.S. Forest Service's interest in restoring forests as they were before fire suppression to

Conservation Biology
Volume 9, No. 4, August 1995

the montane landscape as a means of reclaiming natural biotic diversity. The value of our paper is its provision of quantitative measurements for that target restoration forest. It is ironic that the only remaining pre-fire-suppression forest is itself threatened. In 1992, Mexico amended its national forestry law in ways that increase the potential for logging in previously protected areas, such as the Sierra San Pedro Mártir (Southwestern Mission Research Center 1993). If this Baja California forest should be harvested, we shall have lost the last example of the pristine mixed-conifer forest.

## Acknowledgments

This research was supported by the U.S. Department of State's Man and the Biosphere Program (MAB), the National Science Foundation, University of California Institute for Mexico and the United States, and Centro de Investigación Científica y de Educación Superior de Ensenada. We thank David Perry and several anonymous reviewers for their critical and helpful advice.

## Literature Cited

Airola, D. A., and R. H. Barrett. 1985. Foraging and habitat relationships of insect-gleaning birds in a Sierra Nevada mixed-conifer forest. Condor **87:**205–216.

Allen-Diaz, B. H., and B. A. Holzman. 1991. Blue Oak Communities in California. Madroño **38:**80–95.

Andrews, R. S., editor. 1993. Ecological support team workshop proceedings for the California Spotted Owl environmental impact statement. U.S. Forest Service, Pacific Southwest Region, Berkeley, California.

Barbour, M. G. 1988. Californian upland forests and woodlands. Pages 131–164 in M. G. Barbour and W. D. Billings, editors, North American terrestrial vegetation. Cambridge University Press, New York.

Beedy, E. C. 1981. Bird communities and forest structure in the Sierra Nevada of California. Condor **83:**97–105.

Biswell, H. H. 1967. Forest fire in perspective. Pages 42–63 in Proceedings of the Seventh Tall Timbers Fire Ecology Conference, Tallahassee, Florida.

Bonnicksen, T. M., and E. C. Stone. 1982. Reconstruction of a presettlement giant sequoia-mixed conifer forest community using the aggregation approach. Ecology **63:**1134–1148.

Colwell, W. L., Jr. 1988. The status of vegetation mapping in California today. Pages 195–220 in M. G. Barbour and J. Major, editors. Terrestrial vegetation of California, 2nd ed. California Native Plant Society, Sacramento.

Cooper, C. F. 1960. Changes in vegetation structure and growth of southwest forests since white settlement. Ecological Monographs **30:**129–164.

Hickman, J. C., editor. 1993. The Jepson manual: Higher plants of California. University of California Press, Berkeley.

Kilgore, B. M. 1971. Response of breeding bird populations to habitat changes in a giant sequoia forest. American Midland Naturalist **85:**135–152.

Kilgore, B. M. 1981. Fire in ecosystem distribution and structure: western forests and scrublands. Pages 58–59 in H. A. Mooney, editor. Fire regimes and ecosystem properties. General technical report WO-26. U.S. Forest Service, Washington, D.C.

Kilgore, B. M., and D. Taylor. 1979. Fire history of a sequoia- mixed conifer forest. Ecology **60:**129–142.

La Fuz, P. B. 1971. Saga of the San Bernardino Mountains. San Bernardino County Museum Association, San Bernardino, California.

Leiberg, J. B. 1899. San Gabriel, San Bernardino, and San Jacinto Forest Reserves. Pages 359–370 in H. Gannett, editor. Nineteenth annual report of the U.S. Geological Survey to the Secretary of Agriculture. Part 5. Forest reserves. U.S. Government Printing Office, Washington, D.C.

Leiberg, J. B. 1900. San Gabriel, San Bernardino, and San Jacinto Forest Reserves. Pages 411–479 in H. Gannett, editor. Twentieth annual report of the U.S. Geological Survey to the Secretary of Agriculture. Part 5. Forest reserves. U.S. Government Printing Office, Washington, D.C.

MacArthur, R. H., and J. MacArthur. 1961. On bird species diversity. Ecology **42:**594–598.

Marshall, J. T. 1988. Birds lost from a giant sequoia forest during fifty years. Condor **90:**359–372.

McBride, J. R., and R. D. Lavin. 1976. Scars as an indicator of fire frequency in the San Bernardino Mountains, California. Journal of Forestry **74:**439–442.

McKelvey, K. S., and J. D. Johnston. 1992. Historical perspective on forests of the Sierra Nevada and the Transverse Ranges of southern California: Forest conditions at the turn of the century. Pages 225–246 in J. Verner, K. S. McKelvey, B. R. Noon, R. J. Gutierrez, G. I. Gould, and T. W. Beck, editors. The California Spotted Owl: a technical assessment of its current status. General technical report PSW-GTR-133. U.S. Forest Service, Berkeley, California.

Miller, P. R., and J. R. McBride. 1971. Study of the impact of oxidant air pollution on the mixed conifer forest ecosystem. Pages 161–172 in Oxidant air pollutant effects on a western coniferous forest ecosystem. Task B report: Historical background and proposed systems study of the San Bernardino Mountain Area. Statewide Air Pollution Research Center, University of California, Riverside.

Miller, P. R., J. R. McBride, and S. L. Schilling. 1991. Chronic ozone injury and associated stresses affect relative competitive capacity of species comprising the California mixed conifer forest type. Memorias del primer simposio nacional: Agricultura sostenible, una opcion para el desarrolo sin deterioro ambiental. Comision de Estudios Ambientales, Colegio de Postgraduados, MOA International, Mexico City, DF.

Minnich, R. A. 1986. Snow levels and amounts in the mountains of southern California. Journal of Hydrology **89:**37–58.

Minnich, R. A. 1988. The biogeography of fire in the San Bernardino Mountains of California: a historical study. University of California Publications in Geography **27:**1–121.

Minnich, R. A., J. Burk, M. G. Barbour, and J. Sosa-Ramirez. 1995. Californian mixed conifer forests under unmanaged fire regimens in the Sierra San Pedro Martir, Baja California, Mexico. Journal of Biogeography, in press.

Muir, J. 1884. The mountains of California. Doubleday, New York.

Muller-Dombois, D., and H. Ellenberg. 1974. Aims and methods of vegetation ecology. Wiley, New York.

Parsons, D. J., and S. H. DeBenedetti. 1979. Impact of fire suppression on a mixed-conifer forest. Forest Ecological Mangement **2:**21–33.

Pyne, S. J. 1984. Introduction to wildland fire: Fire management in the United States. Wiley, New York.

Rundel, P. W., D. J. Parsons, and D. T. Gordon. 1988. Montane and subalpine vegetation of the Sierra Nevada and Cascade Ranges. Pages 559–600 in M. G. Barbour and J. Major, editors. Terrestrial vegetation of California, 2nd ed. California Native Plant Society, Sacramento.

Savage, M., and T. W. Swetnam. 1990. Early 19th century fire decline following sheep pasturing in a Navajo ponderosa pine forest. Ecology **71:**2374–2378.

Southwestern Mission Research Center. 1993. The threatened Sierra Madre. Newsletter **27(95):**18–20. Arizona State Museum, The University of Arizona, Tucson.

Standiford, R. 1994. Conserving the California Spotted Owl: impacts of

interim policies and implications for the long-term. Wildland Resources Center, University of California, Davis.

Sudworth, G. B. 1900. Stanislaus and Lake Tahoe Forest Reserves, California, and adjacent territory. Annual Report of the U.S. Geological Survey **21(5):**505–561.

van Wagtendonk, J. W. 1985. Fire suppression effects on fuels and succession in short-fire-interval wilderness ecosystems. Pages 119–126 in J. E. Lotan, B. M. Kilgore, W. C. Fischer, and R. W. Mutch, editors. Proceedings of symposium and workshop on wilderness fire. General Technical Report INT-182. U.S. Forest Service, Intermountain Forest and Range Experiment Station, Ogden, Utah.

Vankat, J. L. 1977. Fire and man in Sequoia National Park. Annals of the Association of American Geographers. **67:**17–27.

Vankat, J. L., and J. Major. 1978. Vegetation changes in Sequoia National Park, California. Journal of Biogeography **5:**377–402.

Verner, J., and T. A. Larson. 1989. Richness of breeding bird species in mixed-conifer forests of the Sierra Nevada, California. Auk **106:** 447–463.

Verner, J., K. McKelvey, B. Noon, R. Guttierrea, G. Gould, and T. Beck. 1992. Assessment of the current status of the California Spotted Owl, with recommendations for management. Pages 3–27 in J. Verner et al., editors. The California Spotted Owl: a technical assessment of its current status. General Technical Report, PSW–GTR–133. U.S. Forest Service, Albany, California.

Weatherspoon, C. P., S. J. Husari, and J. W. van Wagtendonk. 1992. Fire and fuels management in relation to owl habitat in forests of the Sierra Nevada and southern California. Pages 247–260 in J. Verner, K. S. McKelvey, B. R. Noon, R. J. Gutierrez, G. I. Gould, and T. W. Beck, editors. The California Spotted Owl: a technical assessment of its current status. General technical report PSW–GTR-133. U.S. Forest Service, Berkeley, California.

Weislander, A. E. 1935. First steps of the forest survey in California. Journal of Forestry **33:**877–884.

Wright, H.A., and A. W. Bailey. 1982. Fire ecology, United States and Canada. Wiley, New York.



## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Brian Segee*
_____
Brian Segee

*Attorney for Plaintiffs-Appellants*